IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY D. WILLIAMS                                                                                    PLAINTIFF
#550779

v.                                          4:22-cv-01049-JM

HOGG, Sheriff, Lincoln County                                                                        DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 30th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE